IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: _____ |
| JASON AUGUSTUS | : | VIOLATION:<br>18 U.S.C. § 922(g)(1) (possession of firearm by a felon – 1 count)<br>Notice of forfeiture |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about February 23, 2021, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**JASON AUGUSTUS,**

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Taurus, Model G2c, 9mm semi-automatic pistol, bearing serial number TMB39373, loaded with 12 live rounds of ammunition, and the firearm was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE

THE GRAND JURY FURTHER CHARGES THAT:

As a result of the violation of Title 18, United States Code, Section 922(g)(1), set forth in this indictment, defendant

### JASON AUGUSTUS

shall forfeit to the United States of America the firearm and ammunition involved in the commission of this offense, including, but not limited to:

1. a Taurus, Model G2c, 9mm semi-automatic pistol, bearing serial number TMB39373; and

2. twelve live rounds of ammunition.

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

A TRUE BILL:

_____
GRAND JURY FOREPERSON

_____
JENNIFER ARBITTIER WILLIAMS
**Acting United States Attorney**

No._____

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

<u>Criminal Division</u>

## THE UNITED STATES OF AMERICA

vs.

## JASON AUGUSTUS

## INDICTMENT

Counts
18 U.S.C.§922(g)(1) (possession of firearm by a felon – 1 count)
Notice of forfeiture

A true bill.

▬▬▬▬▬▬▬▬▬
Foreman

Filed in open court this \_\_\_\_7\_\_\_\_ day,
Of \_\_\_Sept\_\_\_ A.D. 20\_21\_

Clerk

Bail, $_____