IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> *v.* <br><br> **JASON AUGUSTUS.** | **CRIMINAL ACTION** <br><br> **NO. 21-355-KSM** |

## ORDER

**AND NOW**, this 14th day of March, 2022, upon consideration of Defendant Jason Augustus's Motion to Suppress Evidence and Statements (Doc. No. 10), the Government's response (Doc. No. 11), and the evidence presented and argument given during the February 10, 2022 evidentiary hearing, and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that Defendant's motion to suppress the firearm is **GRANTED**.[1]

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.

---

[1] Defendant's motion to suppress two statements which occurred at different times during the stop, is **DENIED** as to Defendant's statement regarding Defendant's use of marijuana, and **DENIED** as moot as to Defendant's post-arrest statement regarding his gun possession.